UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIA TAYLOR, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants. )<br>) | Case No.:   1:08-cv-00578<br>Judge:   Henry Kennedy<br>Description:   Civil Rights-Non Employment |

## AFFIDAVIT OF PROOF OF SERVICE

I, Marshall W. Taylor, affiant herein, hereby declare that on the 31st day of March, 2008 I served a copy of the complaint on Mickey Irvin, an adult residing at 10122 Baileysburg Lane, Nokesville, VA 20181 via certified mail, return receipt requested who accepted service on behalf of Earl Charlton. Attached hereto is the certified green card acknowledging service.

Dated this 16th day of May, 2008         Respectfully Submitted,

TAYLOR, SYLLA & AGIN, LLP

*[signature]*

Marshall W. Taylor, No. 454615
The Commercial National Bank Building
1420 New York Avenue, NW
Suite 810
Washington, DC 20005
Phone: (202) 783-7830
Email: mtaylor@tsafirm.com
*Attorneys for Plaintiff*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): Mickey [Jean]   C. Date of Delivery: 5/5/08 |
| 1. Article Addressed to:<br><br>Earl Charlton<br>10122 Baileysburg Lane<br>Nokesville, VA 20181 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br>Baileysburg |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7006 2150 0000 9711 3424 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540