UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELICIA TAYLOR, et al )
)
Plaintiffs, )       **Case No.:**    1:08-cv-00578
)       **Judge:**       Henry Kennedy
v. )       **Description:**  Civil Rights-Non
)                      Employment
)
DISTRICT OF COLUMBIA, et al. )
)
Defendants. )

## AFFIDAVIT OF PROOF OF SERVICE

I, Marshall W. Taylor, affiant herein, hereby declare that on the 29th day of March, 2008

I served a copy of the complaint on Mickey Irvin, an adult residing at 10122 Baileysburg Lane,

Nokesville, VA 20181 via certified mail, return receipt requested who accepted service on behalf

of L.L. Charlton. Attached hereto is the certified green card acknowledging service.

Dated this 16th day of May, 2008            Respectfully Submitted,

                                            **TAYLOR, SYLLA & AGIN, LLP**

                                            Marshall W. Taylor, No. 454615
                                            The Commercial National Bank Building
                                            1420 New York Avenue, NW
                                            Suite 810
                                            Washington, DC 20005
                                            Phone: (202) 783-7830
                                            Email: mtaylor@tsafirm.com
                                            *Attorneys for Plaintiff*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L.L. Charlton
10122 Dartteysburg Lane
Mokesville, VA 20181

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mickey Irwin_    ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

M I RWIN    5/29

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

Baileysburg

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540