UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELICIA TAYLOR, Individually, :
and as legal guardian for minor children, :
D.B. and T.B. :
                                    :
        Plaintiffs, :
                                    :
    v. : Case No. 1:08-cv-00578 (HHK)
                                    :
DISTRICT OF COLUMBIA, *et al.* :
                                    :
        Defendants. :

**CROSS-DEFENDANT THOMAS D. WALSH, INC.'S ANSWER TO CROSS-CLAIM
BY DISTRICT OF COLUMBIA, OLIVIA GOLDEN, LLOYD J. JORDON
AND ELEANOR SANDERS**

COMES NOW Cross-Defendant **THOMAS D. WALSH, INC.** (hereinafter "Cross-Defendant") by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP,** and responds as follows for its Answer to Cross-Claim by District of Columbia, Olivia Golden, Lloyd J. Jordon and Eleanor Sanders (hereinafter "Cross-Claimants"):

### ANSWER

1. Paragraph 1 of the Cross-Claim requires no response. However, to the extent a response is required, Cross-Defendant denies all allegations contained therein.

2. Paragraph 2 of the Cross-Claim calls for a legal conclusion to which no response is required. To the extent that a response might be required - - and it is not - - Cross-Defendant denies the allegations contained in paragraph 2 of the Cross-Claim.

3. Cross-Defendant denies the allegations of Paragraph 3 as to it.

4. Cross-Defendant denies the allegations of Paragraph 4 as to it.

## AFFIRMATIVE DEFENSES

Cross-Defendant Thomas D. Walsh, Inc. hereby adopts and incorporates by reference all affirmative defenses raised in its Answer to Plaintiffs Amended Complaint and further adopts and incorporates all defenses raised by any other Defendant and/or Cross-Defendant in response to the Amended Complaint and/or any Cross-Claim in this action. In addition, Thomas D. Walsh, Inc. asserts the following affirmative defenses.

### First Affirmative Defense

The Cross-Claim fails to state a claim against Thomas D. Walsh, Inc. upon which relief can be granted.

### Second Affirmative Defense

The Cross-Claim is barred by contributory negligence.

### Third Affirmative Defense

The Cross-Claimants' damages, to the extent that they exist, were proximately caused by the conduct of one or more persons for which Thomas D. Walsh, Inc. was not responsible.

### Fourth Affirmative Defense

The Cross-Claimants' claims are barred in whole or in part, by the doctrine of laches, estoppel, waiver and/or acquiescence.

### Fifth Affirmative Defense

The Cross-Claimants' claims are barred, in whole or in part by the applicable statutes of limitations.

### Sixth Affirmative Defense

The Cross-Claimants' claims are barred, in whole or in part, by unclean hands.

### Seventh Affirmative Defense

The Cross-Claimants' damages, to the extent that they exist, were proximately caused by the intervening and/or superseding acts or omissions not of Thomas D. Walsh, Inc. and for which Thomas D. Walsh, Inc. was not responsible.

### Eighth Affirmative Defense

The Cross-Claimants' claims are barred by the doctrine of accord and satisfaction and release.

### Ninth Affirmative Defense

The Cross-Claimants' claims are barred by assumption of risk.

### Tenth Affirmative Defense

The Cross-Claimants have failed to join all necessary and indispensable parties.

### Eleventh Affirmative Defense

The Cross-Claimants' claims or recovery is limited or barred by the principles or release and/or accord and satisfaction.

### Twelfth Affirmative Defense

Thomas D. Walsh, Inc. is not in privity with Cross-Claimants.

### Thirteenth Affirmative Defense

If Plaintiffs suffered any loss, said loss was not caused by a breach of duty owed to Cross-Claimants by Thomas D. Walsh, Inc.

### Fourteenth Affirmative Defense

Cross-Claimants failed to mitigate damages as a matter of law.

### Fifteenth Affirmative Defense

Thomas D. Walsh, Inc. is entitled to a *pro rata* and or *pro tanto* credit or set-off from any settlement payment or recovery that may have been made or had by or for Cross-Claimants from other defendants or other entities, against any judgment rendered against this Defendant/Cross-Defendant.

All allegations not expressly admitted are hereby denied.

Thomas D. Walsh, Inc. reserves the right to amend and/or supplement its Answer and affirmative defenses as discovery and investigation is ongoing.

WHEREFORE, having fully responded to the Cross-Claim, Thomas D. Walsh, Inc. respectfully requests that the Cross-Claim be dismissed, and for such other and further relief as may be just and proper.

DATED this 27th day of May, 2008.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/ Keith M. Bonner
Keith M. Bonner, Esq., No. 305938
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000
E-mail: kbonner@bktc.net
**Attorneys for Defendant Thomas D. Walsh, Inc.**

## JURY DEMAND

Defendant/Cross-Defendant Thomas D. Walsh, Inc., by and through counsel, hereby requests a trial by jury of 12 persons, or the otherwise maximum number of jurors allowable under the Rules of this Court, on all issues so triable raised herein.

DATED this 27th day of May, 2008.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        /s/ Keith M. Bonner
        Keith M. Bonner, Esq., No. 305938
        1233 20th Street, N.W., Suite 800
        Washington, D.C. 20036
        (202) 712-7000
        E-mail: kbonner@bktc.net
        **Attorneys for Defendant Thomas D. Walsh, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Answer to Cross-Claim, this 27th day of May 2008, to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Marshall W. Taylor, Esq. (454615)
Antoinette N. Moore, Esq. (974932)
Taylor, Sylla & Agin, LLP
The Commercial National Bank Building
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005

Ronald W. Gill, Esq. (975414)
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

                                      /s/ Keith M. Bonner
                                      Keith M. Bonner, No. 305938