UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**FELICIA TAYLOR, Individually, and as** :
**legal guardian for minor children, D.B.** :
**and T.B** :
                                              :
           **Plaintiffs,**                    :      Case No: 1:08-cv-00578 (HHK)
                                              :
     **V.**                                   :
                                              :
                                              :
                                              :
                                              :
                                              :
                                              :
**DISTRICT OF COLUMBIA, et al.**              :
                                              :
           **Defendants**                     :
_____ :


**CROSS-DEFENDANTS DISTRICT OF COLUMBIA, OLIVIA GOLDEN, LLOYD J. JORDON AND ELEANOR SANDERS ANSWER TO THE CROSS-CLAIMS BY CO-CROSS-DEFENDANT THOMAS D. WALSH**


Cross-Defendants District of Columbia (District), Olivia Golden, Lloyd J. Jordon and Eleanor Sanders' ("Cross-Defendants"), by and through undersigned counsel, hereby answer the Cross-Claim of Thomas D. Walsh in the above-captioned matter. The Cross-Defendants assert that anything not specifically admitted herein is denied, and answer the Cross-Claims as follows:

First Defense

The Cross-Claim fails to present a claim upon which relief may be granted.

Second Defense

1. Cross-Defendants admit the allegations contained in paragraph 1 of the Cross-Claim.

2. The allegations asserted in paragraph 2 of the Cross-Claim are legal conclusions to which no response is required. To the extent that paragraph 2 contains factual allegations; the District denies all factual allegations and demands strict proof thereof at trial.

3. The allegations asserted in paragraph 3 of the Cross-Claim are legal conclusions to which no response is required. To the extent that paragraph 3 contains factual allegations; the Cross-Defendants deny all factual allegations and demand strict proof thereof at trial.

## Affirmative Defenses

Cross-Defendants District of Columbia (District), Olivia Golden, Lloyd J. Jordon and Eleanor Sanders' (hereinafter "Cross-Defendants") adopt and incorporate all defenses raised in their Answer to plaintiffs' Amended Complaint and raise the following defenses to Cross-Claimant's complaint.

## Third Defense

The Cross-Claim is barred by the contributory negligence of Cross-Claimant, Timothy D. Walsh.

## Fourth Defense
Cross-Defendants actions were not the proximate cause of Cross-Claimant's damages.

## Fifth Defense

Cross-Claimant's claims are barred, in whole or in part, by the doctrine of laches, estoppel, unclean hands, waiver and or acquiescence.

### Sixth Defense

At all times relevant and appropriate, Cross-Defendants have fulfilled any and all legal obligations which may have been owed to the plaintiffs.

### Seventh Defense

Cross-Claimant has not complied with the mandatory notice requirements of D.C. Code 12-309.

### Eighth Defense

Cross-Defendants are not in privity with Cross-Claimant Timothy D. Walsh. If Cross-Claimant and/or Plaintiff suffered any loss, said loss was not caused by a breach of duty owed to Cross-Claimant and/or Plaintiff.

### Ninth Defense

Cross-Claimant's claims are barred by the doctrine of accord and satisfaction, and release.

### Tenth Defense

Cross-Claimants may have failed to mitigate their injuries and/or damages.

### Eleventh Defense

Cross-Claimant's claims are barred by the Statute of Limitations.

### Twelfth Defense

Cross-Claimant's damages, to the extent any exist were, proximately caused by the intervening and/or superseding acts or omissions of someone other than the Cross-Defendants.

### Thirteenth Defense

Acts or omissions of Cross-Defendants, its employees, agents, or servants acting within the course and scope of their employment, are discretionary functions protected by the qualified, and/or absolute immunity doctrines.

### Fourteenth Defense

The actions taken toward the plaintiffs and/or Cross-Claimant by the Cross-Defendants, and/or the employees and/or agents of the District of Columbia acting within the scope of their employment, were only such actions as were reasonable, lawful, and/or necessary under the circumstances.

### Fifteenth Defense

Cross-Defendants are entitled to a pro-rata and/or pro-tanto credit or set–off from any settlement payment or recovery that may have been made or had by or for Cross-Claimant from other defendants or other entities, against any judgment rendered against these Cross-Defendants.

### Sixteenth Defense

Cross-Claimant failed to join all necessary and indispensible parties

### Seventeenth Defense

Cross-Claimant assumed the risk.

### SET-OFF

The District asserts a set-off for all funds and services provided to the plaintiff/minor child through Medicare, Medicaid, public assistance or other sources.

### Jury Demand

Cross-Defendants demand a Jury Trial

All allegations not expressly admitted are denied.

Cross-Defendants reserve the right to amend their Answer.

WHEREFORE, having fully answered the cross-claim of Cross-Claimant Thomas D. Walsh the Cross-Defendants demand judgment and contribution and/or indemnity from Cross-Claimant Thomas D. Walsh, with respect to the entire or a proportionate amount of any such verdict.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General, for the,
    District of Columbia

    GEORGE VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/Toni Michelle Jackson
    TONI MICHELLE JACKSON (453765)
    Acting Chief, Civil Litigation Section III

    /s/Ronald W. Gill, Esq.
    RONALD W. GILL, ESQ. (975414)
    Assistant Attorney General
    Civil Litigation Division, Section III
    441 4th Street N.W., 6th floor South
    Washington, D.C. 20001
    Direct Line: (202) 741-0760
    E-mail: ronaldw.gill@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5TH day of June, 2008, I caused the foregoing ANSWER to Cross-Claim of Thomas D. Walsh to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:


Taylor & Sylla & Agin, LLP.
Marshall W. Taylor, Esq. (454615)
Antoinette N. Moore, Esq. (974932)
*Attorneys for Plaintiffs*
The Commercial National Bank Building
1420 New York Avenue, NW Suite 810
Washington, DC 20005


Bonner, Kiernan, Trebach & Crociata, LLP
*Attorneys for Cross-Defendant Thomas D. Walsh*
Keith M. Bonner, Esq. (305938)
1233 20th Street, N.W.., Suite 800
Washington, DC 20036


                                         /s/Ronald W. Gill
                              RONALD W. GILL, ESQ. (975414)
                              Assistant Attorney General