UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELICIA TAYLOR, Individually, :
and as legal guardian for minor children, :
D.B. and T.B. :
:
        **Plaintiffs,** :
:
v. : Case No. 1:08-cv-00578 (HHK)
:
DISTRICT OF COLUMBIA, *et al.* :
:
        **Defendants.** :

## STIPULATION REGARDING ENTRY OF APPEARANCE

COMES NOW Defendant Thomas D. Walsh, Inc., by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and request that the Clerk of the Court enter the appearance of Katherine B. Yoder, Esq. as counsel of record for Defendant Thomas D. Walsh, Inc. Keith M. Bonner, Esq. remains as co-counsel of record for Defendant Thomas D. Walsh.

DATED this 24th day of June, 2008.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        /s/ Katherine B. Yoder
        Keith M. Bonner, Esq., No. 305938
        Katherine B. Yoder, Esq., No. 477980
        1233 20th Street, N.W., Suite 800
        Washington, D.C. 20036
        (202) 712-7000
        E-mail: kbonner@bktc.net
        E-mail: kyoder@bktc.net
        **Attorneys for Defendant Thomas D. Walsh, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing STIPULATION REGARDING APPEARANCE to be served, via the Court's Electronic Filing System, this 24th day of June, 2008, upon:

Marshall W. Taylor, Esq. (454615)
Antoinette N. Moore, Esq. (974932)
Taylor, Sylla & Agin, LLP
The Commercial National Bank Building
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005

Ronald W. Gill, Esq. (975414)
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

/s/ Katherine B. Yoder
Katherine B. Yoder, #477980