UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELECIA TAYLOR, et. al.                )
                                        )
                Plaintiffs,             )
                                        )        Case No: 1:08-cv-00578 (HHK)
        v.                              )
                                        )
                                        )
DISTRICT OF COLUMBIA, et al.            )
                                        )
                Defendants.             )
                                        )

## JOINT MOTION FOR LEAVE TO FILE JOINT RULE 16.3 STATEMENT

Plaintiffs, FELECIA TAYLOR, D.B. and T.B; and Defendants DISTRICT OF COLUMBIA, OLIVIA GOLDEN, LLOYD JORDON, ELEANOR SANDERS, AND THOMAS D. WALSH, INC, by and through their undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure respectfully move this Honorable Court for leave to file the parties Joint Rule 16.3 Statement. In support thereof Plaintiff states as follows:

1.      On February 26, 2008 Plaintiffs instituted the above-captioned case against Defendants for damages alleged to have been sustained while minor Plaintiff's, D.B. and T.B., were in the foster care of Defendant Annie Milloy at a licensed District of Columbia foster care home located at 5527 9th Street, N.W., Washington, D.C. (the "property").

2.      The matter was removed to this court on April 3, 2008.

3.      On April 9, 2008 Plaintiffs amended their Complaint to include an additional cause of action for Breach of Implied Warranty of Habitability against the owners of the property, Defendants Earl and L.L. Charlton, and the property manager, Defendant Thomas D. Walsh, Inc.

1

4.    All named Defendants have been served.[1]

5.    With the exception of Defendants Earl Charlton, L.L. Charlton, and Annie Milloy, all remaining named defendants have filed Answers to the Complaint.

6.    On or about May 16, 2008, this court issued an Order setting the Initial Scheduling Conference in this matter for June 30, 2008.

7.    Although undersigned counsel have communicated previously regarding this action, given their respective case loads and schedules they inadvertently neglected to complete the Rule 16.3 conference and joint statement in accordance with the Court's May 16, 2008 Order, and accordingly request that this court excuse the resulting delay.

8.    Additionally, Plaintiffs' counsel's recent efforts to determine whether a third party may have been the legal owner of the property as well as efforts to contact and obtain the participation of Defendant Annie Milloy have also inadvertently contributed Plaintiffs' counsel's oversight regarding finalizing the requirements of Rule 16.3.

9.    At the time of this Motion, counsel for all parties who have entered their appearances in this matter have discussed the matters set forth in this Court's Rules and have prepared a Joint Rule 16.3 Statement and Proposed Order for the Court (attached hereto as Exhibit "A").

10.    Because the parties have joined in the current motion as well as having agreed to the Joint Rule 16.3 Statement, no prejudice or undue hardship would be caused to any party as a result of granting the current Motion for Leave.

---

[1]    Although service on Defendants Earl Charlton and L.L. Charlton was made via certified mail at their last known address and was accepted on their behalf by an adult resident of the home, Plaintiffs' counsel was recently contacted by a third party attorney who, without proof or documentation, advised Plaintiffs' counsel that Defendants Earl Charlton and L.L. Charlton were deceased during the relevant time periods set forth in the Complaint and therefore were not the owners of the property.

2

11.   No party to this action has previously sought leave of this Court.

12.   This Motion is based on the record and file in this case and the accompanying

Points and Authorities attached hereto and incorporated herein by reference.

WHEREFORE, the parties respectfully requests that the Court grant the Joint Motion For

Leave to File Joint Rule 16.3 Statement.

Dated: June 26, 2008.        Respectfully submitted.

/s/ Marshal. W. Taylor
Marshall W. Taylor, No. 454615
Antoinette N. Moore, No. 974932
Taylor Sylla & Agin, LLP
The Commercial National Bank Building
1420 New York Avenue, N.W., Suite 810
Washington, DC 20005
Phone: (202) 783-7830
Email: mtaylor@tsafirm.com
Email: amoore@tsafirm.com

Peter J. Nickels
Interim Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General

/s/ Toni Michelle Jackson
Toni Michelle Jackson, No. 453765
Acting Chief, Civil Litigation Section III

/s/ Ronald W. Gill
Ronald W. Gill, No. 975414
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street, N.W., 6th Floor
Washington, D.C. 20001
Phone: (202) 741-0760
Email: ronaldw.gill@dc.gov
Counsel for Defendants D.C., Golden,
Jordan, and Sanders

/s/ Katherine B. Yoder
Keith M. Bonner, No. 305938
Katherine B. Yoder, No. 477980
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Phone: (202)712-7000
Email: kbonner@bktc.net
Email: kyoder@bktc.net
Counsel for Defendant Thomas D. Walsh, Inc.

\*\*\*

## POINTS AND AUTHORITIES IN SUPPORT OF
## JOINT MOTION FOR LEAVE TO FILE JOINT RULE 16.3 STATEMENT

1.    The record of this case;

2.    The joint consent of the parties;

3.    Federal Rule of Civil Procedure Rule 6(b);

4.    The Court's inherent authority to control its own docket.

Dated: June 26, 2008.                    Respectfully submitted,

/s/ Marshall W. Taylor
Marshall W. Taylor, No. 454615
Antoinette N. Moore, No. 974932
Taylor Sylla & Agin, LLP
The Commercial National Bank Building
1420 New York Avenue, N.W., Suite 810
Washington, DC 20005
Phone: (202) 783-7830
Email: mtaylor@tsafirm.com
Email: amoore@tsafirm.com


Peter J. Nickels
Interim Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General

/s/ Toni Michelle Jackson
Toni Michelle Jackson, No. 453765
Acting Chief, Civil Litigation Section III

/s/ Ronald W. Gill
Ronald W. Gill, No. 975414
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street, N.W., 6th Floor
Washington, D.C. 20001
Phone: (202) 741-0760
Email: ronaldw.gill@dc.gov
Counsel for Defendants D.C., Golden,
Jordan, and Sanders

/s/ Katherine B. Yoder
Keith M. Bonner, No. 305938
Katherine B. Yoder, No. 477980
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Phone: (202)712-7000
Email: kbonner@bktc.net
Email: kyoder@bktc.net
Counsel for Defendant Thomas D. Walsh, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELECIA TAYLOR, et. al.                  )
                                          )
                Plaintiffs,               )
                                          )        Case No: 1:08-cv-00578 (HHK)
        v.                                )
                                          )
                                          )
DISTRICT OF COLUMBIA, et al.              )
                                          )
                Defendants.               }
_____)

## ORDER

Upon consideration of the parties Joint Motion For Leave To File Joint Rule 16.3 Statement, the

record in this case, and for good cause shown, it is hereby

**ORDERED** on this _____ day of _____, 2008, that the Joint Motion For Leave

To File Joint Rule 16.3 Statement is herby granted; and it is further,

**ORDERED** that the Joint Motion For Leave To File Joint Rule 16.3 Statement shall be accepted

as filed as of the date of this Order.

                                    _____
                                    The Honorable Henry H. Kennedy
                                    United States District Court Judge

# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FELECIA TAYLOR, et. al.                  )
                                         )
                 Plaintiffs,             )
                                         )       Case No:  1:08-cv-00578 (HHK)
         v.                              )
                                         )
                                         )
DISTRICT OF COLUMBIA, et al.             )
                                         )
                 Defendants.             )
_____ )

## JOINT RULE 16.3 STATEMENT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, the parties, through undersigned counsel, have conferred and hereby respectfully submit this joint statement setting forth the parties' positions as to each issue set forth in Local Rule 16.3(c) as follows:

1.      The parties believe that alternate motions for summary judgment may be appropriate after the close of discovery, and based on the evidence may file motions for summary judgment or partial summary judgment at that time.

2.      It is anticipated that additional defendants may be identified in the course of discovery and named in the complaint thereafter. The parties agree that the deadline to join additional parties or amend the pleadings should be completed by September 30, 2008. It is too preliminary to determine whether some or all of the factual and legal issues can be agreed upon or narrowed. However, counsel will confer during and/or after the conclusion of discovery to determine whether any factual or legal issues can be narrowed at that time.

3.      The parties do not wish to have this matter assigned to a magistrate judge for any

1

purpose other than mediation.

    4.    The case is too preliminary to determine whether a settlement will be possible.

    5.    The parties believe that ADR may be beneficial for this matter once there has been an opportunity to conduct and complete discovery.

    6.    Summary judgment or partial summary judgment motions may be sought in this action. The parties agree that all dispositive motions shall be filed by January 30, 2009.

    7.    The parties stipulate to dispense with the initial disclosures as set forth under Rule 26(a)(1). The parties do not request any modification of Rule 26(a)(1).

    8.    The parties propose that discovery may commence after the entry of the initial scheduling order, and further propose that discovery close on December 30, 2008. Plaintiffs shall designate any experts no later than October 30, 2008, and Defendants shall designate any experts no later than November 30, 2008. The parties do believe that a protective order will be appropriate in this action.

    The parties believe that the presumptive limits for complex litigation should apply. The parties believe that depositions should be limited to 10 for each party, lasting no more than seven (7) hours each, and a limit of 30 interrogatories per party.

    9.    The parties do not request any modification of Rule 26(a)(2) disclosures.

    10.    Not applicable.

    11.    The parties do not believe this matter should be bifurcated.

    12.    If no dispositive motions are filed, the parties believe that the pretrial conference should be scheduled within 60 days from the close of discovery. However, if any party files a dispositive motion the pretrial conference should be held within 30 days of the Court's ruling. The Pretrial Statement should be filed 10 days before the Pretrial Conference.

13.    The parties agree that a trial date should be set at the pretrial conference.

14.    The parties are currently unaware of any additional matters appropriate for inclusion in the court's scheduling order.

Dated: June 26, 2008.            Respectfully submitted,

/s/ Marshall W. Taylor
Marshall W. Taylor, No. 454615
Antoinette N. Moore, No. 974932
Taylor Sylla & Agin, LLP
The Commercial National Bank Building
1420 New York Avenue, N.W., Suite 810
Washington, DC 20005
Phone: (202) 783-7830
Email: mtaylor@tsafirm.com
Email: amoore@tsafirm.com


Peter J. Nickels
Interim Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General

/s/ Toni Michelle Jackson
Toni Michelle Jackson, No. 453765
Acting Chief, Civil Litigation Section III

/s/ Ronald W. Gill
Ronald W. Gill, No. 975414
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street, N.W., 6th Floor
Washington, D.C. 20001
Phone: (202) 741-0760
Email: ronaldw.gill@dc.gov
Counsel for Defendants D.C., Golden,
Jordan, and Sanders

3

/s/ Katherine B. Yoder
Keith M. Bonner, No. 305938
Katherine B. Yoder. No. 477980
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Phone: (202)712-7000
Email: kbonner@bktc.net
Email: kyoder@bktc.net
Counsel for Defendant Thomas D. Walsh, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FELECIA TAYLOR, et. al.                )
                                       )
                 Plaintiffs,           )
                                       )       Case No: 1:08-cv-00578 (HHK)
        v.                             )
                                       )
                                       )
DISTRICT OF COLUMBIA, et al.           )
                                       )
                 Defendants.           )
_____)

## SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3 Statement, and the record herein, it is

this _____ day of _____, 2008 hereby **ORDERED** that:

1.    All parties shall be joined and any amendments to the pleadings completed by

September 30, 2008.

2.    Plaintiffs shall designate any expert witnesses no later than October 30, 2008.

3.    Defendants shall designate any expert witnesses no later than November 30, 2008.

4.    Plaintiffs and Defendants are each limited to 10 depositions, not to exceed 7 hours

in length; and 30 interrogatories.

5.    Discovery shall close on December 30, 2008.

6.    Dispositive motions shall be filed no later than January 30, 2009.

7.    Pretrial Conference shall be scheduled as determined by the Court.


                                       _____
                                       The Honorable Henry H. Kennedy
                                       United States District Court Judge

5