UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELECIA TAYLOR, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No: 1:08-cv-00578 (HHK) |
| v. ) | |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STATEMENT OF THE CASE

Pursuant to this Court's May 16, 2008 Order, the parties, through undersigned counsel, set forth a brief statement of the case and the statutory basis for all causes of action and defenses as follows:

A.   **Brief Statement of the Case**

On April 9, 2008, Plaintiffs Felecia Taylor, D.B., and T.B. filed a 6 count Complaint for damages against the District of Columbia; several individually named employees of the District of Columbia, including: Child and Family Services, Director, Olivia Golden, Department of Consumer and Regulatory Affairs, Director, Lloyd J. Jordon, and CFSA Social Worker, Eleanor Sanders; and property owners, Earl and L.L. Charlton; property manager, Thomas D. Walsh, Inc., and foster parent, Annie Milloy.

Plaintiffs' Complaint alleges that the placement and maintenance of Plaintiffs D.B. and T.B. in the foster care of Defendant Milloy at the property located at 5527 9th Street, N.W., Washington, D.C. 20009 caused severe injuries to Plaintiffs as a result of the existence of a known and/or knowable lead based paint hazard on the property that remained unremedied.

1

Plaintiffs' Complaint has further alleged that the placement and maintenance of Plaintiffs D.B. and T.B. in the care of Defendant Milloy further resulted in Plaintiffs injuries as a result of the harmful actions of Defendant Milloy.

**B.    Plaintiffs' Statutory Basis of Causes of Action**

Plaintiffs' basis of liability in this action involve Defendants violations of Plaintiffs Constitutional Rights, violations of 42 U.S.C. § 1983, and common law theories of liability.

**C.    Defenses to Plaintiffs' Statutory Basis of Causes of Action**

**The District's Statement of the Case and Defenses**

The defendants District of Columbia, Olivia Golden, Lloyd J. Jordon and Eleanor Sanders ("the District") contend that the actions of defendants did not violate any of the Plaintiffs' constitutional, statutory, or common law rights, and that Defendant may be immune from liability under the Public Duty Doctrine. The District also contends that the actions of its employees were reasonable and lawful under the circumstances.

**Thomas D. Walsh, Inc.**

Defendant Thomas D. Walsh, Inc. denies the allegations set forth in Plaintiffs Amended Complaint and denies that it is liable in any way to Plaintiffs under any theory of liability. Plaintiffs cannot establish that there was a lead hazard present in the residence at the time the minors were allegedly exposed. The minors had elevated lead levels when they came to live at the property located at 5527 9th Street, N.W., Washington, D.C. It is Defendant's position that other confounding factors are the cause of the minors' deficits, not lead paint.

Dated: June 26, 2008.

Respectfully submitted,

/s/ Marshall W. Taylor
Marshall W. Taylor, No. 454615
Antoinette N. Moore, No. 974932
Taylor Sylla & Agin, LLP
The Commercial National Bank Building
1420 New York Avenue, N.W., Suite 810
Washington, DC 20005
Phone: (202) 783-7830
Email: mtaylor@tsafirm.com
Email: amoore@tsafirm.com

Peter J. Nickels
Interim Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General

/s/ Toni Michelle Jackson
Toni Michelle Jackson, No. 453765
Acting Chief, Civil Litigation Section III

/s/ Ronald W. Gill
Ronald W. Gill, No. 975414
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street, N.W., 6th Floor
Washington, D.C. 20001
Phone: (202) 741-0760
Email: ronaldw.gill@dc.gov
Counsel for Defendants D.C., Golden,
Jordan, and Sanders


/s/ Katherine B. Yoder
Keith M. Bonner, No. 305938
Katherine B. Yoder, No. 477980
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Phone: (202)712-7000
Email: kbonner@bktc.net
Email: kyoder@bktc.net
Counsel for Defendant Thomas D. Walsh, Inc.