UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELECIA TAYLOR, et. al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants )<br>_____) | Case No: 1:08-cv-00578 (HHK) |

## STIPULATION REGARDING ENTRY OF APPEARANCE

COMES NOW Plaintiffs, Felecia Taylor, D.B., and T.B., by and through undersigned counsel and requests that the Clerk of Court please take notice that Antoinette N. Moore, Esq., of the law firm of Taylor, Sylla & Agin, LLP, hereby enters her appearance on behalf of Plaintiffs, Felecia Taylor, D.B., and T.B. Please additionally take notice that Marshall W. Taylor Esq., will remain as lead counsel for Plaintiffs.

Dated this 26th day of June, 2008      Respectfully Submitted,

TAYLOR SYLLA & AGIN, LLP

/s/ Antoinette N. Moore
Marshall W. Taylor, #454615
Antoinette Nichole Moore #974932
The Commercial National Bank Building
1420 New York Avenue, N.W.
Suite 810
Washington, D.C. 20005
Phone: (202)783-7830
Fax: (202)783-7858
amoore@tsafirm.com
**Counsel for Plaintiffs**