UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FELICIA TAYLOR, individually and as legal guardian for her minor children, D.B. and T.B.,**

        **Plaintiff,**

    v.

**DISTRICT OF COLUMBIA,**

        **Defendant.**

Civil Action 08-00578 (HHK)

**ORDER REFERRING ACTION TO
UNITED STATES MAGISTRATE JUDGE ALAN KAY
FOR THE PURPOSE OF MEDIATION**

With the consent of the parties, it is by the court this 9th day of July 2008,

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings; and it is further

**ORDERED** that the mediation period will commence on January 2, 2009, and will conclude on March 2, 2009.

The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

                                              Henry H. Kennedy, Jr.
                                              United States District Judge