REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331 Federal Question: Other Civil Rights | | | |
|---|---|---|---|---|
| CASE NO:<br>08-cv-00578 | DATE REFERRED:<br>JULY 15, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>FELICIA TAYLOR | DEFENDANT(S):<br>DISTRICT OF COLUMBIA, et al. |
|---|---|

ENTRIES: