UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIA TAYLOR, individually and as legal guardian for her minor children, D.B. and T.B., <br><br>                **Plaintiff,**<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>                **Defendants.** | Civil Action 08-00578 (HHK) (AK) |

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE ALAN KAY**

It is this 22nd day of August 2008, hereby

**ORDERED** that Defendant's Motion for a Protective Order [#22], docketed August 19, 2008, as well as all other discovery and discovery-related disputes, are referred to United States Magistrate Judge Alan Kay for his determination pursuant to LCvR 72.2 (a). Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned judge**.** See LCvR 5.1(f).

                                                                                        Henry H. Kennedy, Jr.
                                                                                        United States District Judge