REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1331 Federal Question: Other Civil Rights | | | |
|---|---|---|---|---|
| CASE NO: 08-cv-578 | DATE REFERRED: AUGUST 22, 2008<br><br>DISPOSITION DATE: | PURPOSE: REFERRAL OF MOTION FOR PROTECTIVE ORDER (DOC #22) | JUDGE: HENRY H. KENNEDY, JR. | MAG. JUDGE ALAN KAY |
| PLAINTIFF(S): FELICIA TAYLOR | | DEFENDANT(S): DISTRICT OF COLUMBIA, ET AL. | | |
| ENTRIES: | | | | |